UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

**Michael Andrew Pewarchie, III**,

&

**Janice Katherine Pewarchie**,

    Debtors.
_____/

Bankruptcy No. 10-47115-swr
Chapter 13
Judge: Steven W. Rhodes

Michael Andrew Pewarchie, III,

  & 

Janice Katherine Pewarchie,

    Plaintiffs,

v.

GMAC Mortgage,

    Defendant.
_____/

Adversary No. 10-04926-swr
Judge: Steven W. Rhodes

### ORDER FOR ENTRY OF DEFAULT JUDGMENT

    This matter having come before the Court upon the Application for Entry of Default Judgment and the Affidavit for Entry of Default Judgment, and the Court being otherwise advised in the premises,

    **IT IS ORDERED** that upon completion of the Debtors' Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-47115, the mortgage ("Mortgage") dated June 4, 2004 covering the following described property ("Property") situated in the City of Warren, County of Macomb, State of Michigan, and further described as follows:

    15124 Chippewa Drive, Warren, MI 48088

Land in the City of Warren, County of Macomb, State of Michigan, described as: Lot 27, Van Park Subdivision, as recorded in Liber 47, Pages 35 and 36 of Plats, Macomb County Records.

Tax ID No. 121301430006.

recorded in the Macomb County Register of Deeds on October 27, 2004, Liber 16030, Page 861, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the Debtors' Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 10-47115, the Debtors may record a certified copy of this order, with a copy of the Debtors' Chapter 13 discharge order attached, with the Macomb County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtors fail to complete the Debtors' Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 10-47115, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Debtors either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on April 26, 2010**

                                                **_/s/ Steven Rhodes_**

                                                **Steven Rhodes**

                                                **United States Bankruptcy Judge**